In the Matter of the Judicial Settlement of the Account of O. NELSON RUSHWORTH and Another, as Executors and Trustees of the Last Will and Testament of FLORENCE JANE WHIPPLE, Deceased.— Decree affirmed, with costs to respond-

ents-executors. All concur. (The decree settled the account of the executors and trustees.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.